IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**DAVID J. SMITH,**<br><br>Defendant. | **VIOLATIONS:**<br>E1103253<br>E1103254<br>**Location Code: M13**<br><br>**ORDER** |

Based upon the United States' motion to accept the defendant's payment of a $110 fine and $30 processing fee for violation E1103254 (for a total of $140), and for good cause shown, IT IS ORDERED that the $140 fine paid by the defendant is accepted as a full adjudication of violation E1103254.

IT IS FURTHER ORDERED that violation E1103253 is DISMISSED and the initial appearance scheduled for September 24, 2021, is VACATED.

DATED this 16th day of August, 2021.

_____
John Johnston
United States Magistrate Judge